UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
S))))))))))))))))))))))))))))))))x

In re:

  FRANK MENDEZ and      Case No.
  SUSAN J. MENDEZ

                 Chapter 13 Plan

     Debtor(s).

S))))))))))))))))))))))))))))))))x

   1. The future earnings of the debtor are submitted to the supervision and control of the Trustee, and the debtor shall pay to the Trustee, inclusive of Trustee fees, the sum of $300.00 per month for 60 months, commencing thirty days from the filing herein.

   2. From the payments so received, the Trustee shall make disbursements as follows:

   a. Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. 507.

   i. Trustee's commission of ten (10%) per cent;

   b. Holders of allowed secured claims shall retain the lien securing such claims and shall be paid as follows:

NONE

   c. Subsequent to distribution to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

  Pro-rata distribution to all timely filed proofs of claim of not less than 12%.

   3. All lease agreements are hereby assumed, unless specifically rejected as follows: NONE

   4. During the pendency of this case, if unsecured creditors are paid, pursuant to paragraph 2(c), less than one hundred (100%) per cent, the debtor shall provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the Trustee upon receipt;

However, no later than June 15th of the year in which the tax returns are filed.

5. Title to the debtors property shall revest in the debtor upon completion of the or dismissal of the case, unless otherwise provided in the Order confirming this plan. Throughout the term of this plan, the debtor will not incur post-petition debt over $1500.00 without written consent of the chapter 13 Trustee or the Court.

Dated: June 29, 2011

                                          S/ Frank Mendez
                                        Debtor

                                        S/ Susan Mendez
                                        Debtor